UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WAYNE GUY,

        Plaintiff,

v.

        Case No. 11-cv-12828
        HON. GERSHWIN A. DRAIN

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

_____/

### ORDER ACCEPTING REPORT AND RECOMMENDATION (#25), DENYING PLAINTIFF'S MOTION TO REMAND (#12), GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT(#20) AND DISMISSING ACTION

On February 19, 2013, Magistrate Judge Michael Hluchaniuk issued a report and recommendation recommending the court deny plaintiff's motion for remand and grant defendant's motion for summary judgment. The court has reviewed the report and recommendation, and in the absence of any timely objection,

The court hereby adopts Magistrate Judge Hluchaniuk's February 19, 2013, report and recommendation in its entirety. Defendant's motion for summary judgment is GRANTED. Plaintiff's motion for remand is DENIED and this cause of action is dismissed.

    SO ORDERED.

Dated: March 19, 2013

                              S/Gershwin A. Drain
                              GERSHWIN A. DRAIN
                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on March 19, 2013, by electronic and/or ordinary mail.

S/Tanya Bankston
Deputy Clerk